NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOMER D. SICKELS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7140

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1963, Chief Judge Bruce E. Kasold.*

---

**ON MOTION**

---

**O R D E R**

Homer D. Sickels, moves for a 14-day extension of time, until October 7, 2010, to file his motion and declaration for leave to proceed in forma pauperis.

---

* The court notes that Bruce E. Kasold assumed the position of Chief Judge on August 6, 2010.

We note that the United States Court of Appeals for Veterans Claims permitted Sickels to proceed in forma pauperis. Pursuant to Fed. R. App. P. 24(a)(3), Sickels may proceed in forma pauperis on appeal without further authorization, and his motion is moot.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is moot.

(2) The revised official caption is reflected above.

FOR THE COURT

SEP 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter J. Sebekos, Esq.
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK